## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ERIC C. HALL and PATRICIA A. HALL | ) | Case No. 05 B 64072 |
| | ) | |
| Debtors. | ) | Judge Pamela Hollis |
| | ) | |
| | ) | January 19, 2006, 10:00 A.M. |

## ORDER EXTENDING AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. § 362(c)(3)

THIS MATTER CAME TO BE HEARD on the emergency motion of the Debtors ERIC C. HALL AND PATRICIA A. HALL, to extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3). Sufficient notice having been given and the Court, having found that Debtors filed this petition in good faith and being otherwise fully advised in the premises

IT IS ORDERED:

1) Debtors' motion is granted.

2) The automatic stay in this case, No. 05 B 64072, is extended as to all creditors, their principals, agents, successors, and assigns;

3) The Trustee shall prepare and present to the Court and agreed order, signed by Debtor Eric C. Hall, directing Mr. Hall's employer to deduct from the Debtor's earnings the sum of $667.28 bi-weekly and to send it to Office of the Chapter 13 Trustee, Marilyn O. Marshall, 2060 Paysphere Circle, Chicago, IL 60674.

4) Such payment shall be considered "timely" if it is received by the trustee on or before the 20th day of the month in which it is due.

5) If the Debtor fails for any two-month period to make timely trustee plan payments, any creditor may send notice of such delinquency to the Debtors and their attorney, and the stay shall

be automatically terminated as to any creditor, its principals, agents, successors, and assigns fourteen (14) days after the mailing of the notification by said creditor to the Debtors and their attorney, UNLESS Debtors tender funds to the trustee that brings the chapter 13 plan current before the expiration of the fourteen day notification period.

Dated:                                            BY THE COURT

_____
The Honorable Pamela Hollis
Bankruptcy Judge


This order was prepared by
Forrest L. Ingram, P.C., #3129032