## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ERIC C. HALL and PATRICIA A. HALL, | ) | Case No. 05 B 64072 |
| | ) | |
| Debtors. | ) | Judge Pamela Hollis |
| | ) | |
| | ) | January 19, 2006, 10:00 A.M. |

### AGREED ORDER GRANTING DEBTOR'S EMERGENCY MOTION AND CONDITIONALLY EXTENDING AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

THIS MATTER CAME TO BE HEARD on the emergency motion of the Debtors ERIC C. HALL AND PATRICIA A. HALL, to extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3). Sufficient notice was given. The Court heard the objection of Select Portfolio Servicing, Inc., and took the sworn testimony of Eric Hall as to the significant increase in Debtors' income since the prior chapter 13 case; reduction in expenses; and execution of an agreed payroll deduction order. The Court having found that Debtors filed this petition in good faith and being otherwise fully advised in the premises

IT IS ORDERED:

1) Debtors' motion is granted.

2) The automatic stay in this case, No. 05 B 64072, is extended as to all creditors, their principals, agents, successors, and assigns, upon the conditions set forth below;

3) The Trustee shall prepare and present to the Court an agreed order directing Mr. Hall's employer to deduct from the his earnings the sum of $682.05 bi-weekly and to send it to Office of the Chapter 13 Trustee, Marilyn O. Marshall, 2060 Paysphere Circle, Chicago, IL 60674.

4) Such payment shall be considered "timely" if it is received by the trustee on or before the 20th day of the month in which it is due; Debtor shall make timely payments to the Trustee directly until such time as the payroll deductions commence.

1

5) In addition to making timely payments for real estate taxes and property insurance, Debtors shall also make timely payments on their current mortgage obligations to Select Portfolio Servicing, Inc., ("Select"), and provide for the payment of mortgage arrears in Debtors' amended plan.

6) If the Debtor fails for any two-month period to make timely trustee plan payments, any creditor may send notice of such delinquency to the Debtors and their attorney, and the stay shall be automatically terminated as to any creditor, its principals, agents, successors, and assigns fourteen (14) days after the mailing of the notification by said creditor to the Debtors and their attorney, UNLESS Debtors tender funds to the trustee that brings the chapter 13 plan current before the expiration of the fourteen day notification period.

7) If the Debtor fails for any two-month period to make timely current mortgage payments to Select, Select may send notice of such delinquency to the Debtors and their attorney, and the stay shall be automatically terminated as to Select, its principals, agents, successors, and assigns fourteen (14) days after the mailing of the notification by Select to the Debtors and their attorney, UNLESS Debtors tender funds to Select that brings Debtors current on their mortgage before the expiration of the fourteen day notification period.

Dated:  **JAN 19 2006**                BY THE COURT

_____
The Honorable Pamela Hollis
Bankruptcy Judge

Agreed:
SELECT PORTFOLIO SERVICING, INC.            ERIC AND PATRICIA HALL
By:                                         By:

_____           _____
Susan J. Notarius                           Forrest L. Ingram

2