## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN THE BANKRUPTCY MATTER OF:

Eric and Patricia Hall

Debtor(s)

Chapter 13   No.   05-64072

Judge     Pamela S. Hollis

Date of Notice November 23, 2009

### NOTICE OF FAILURE TO COMPLY WITH ORDER/NOTICE OF DEFAULT

To:  Eric and Patricia Hall  
     2849 West 84th Place  
     Chicago, IL  60652

Forrest L. Ingram  
79 W. Monroe Street  
Suite 1210  
Chicago, IL 60603

PLEASE TAKE NOTICE that pursuant to the terms of the Agreed Default Order entered 1/19/2006, the Debtor is in default per the order as follows:

20 payments April 2008 - November 2009 [see attached payment history]

    $28,547.74

**Total Required To Cure**      **$28,547.74**

Pursuant to the terms of the order cure must be made 14 days from the date hereof and must be in the form of certified funds or money order payable to Select Portfolio Servicing, Inc. and tendered to Kluever & Platt, LLC at the address below, attn: Susan J. Notarius.

### Certificate of Service

The undersigned certifies that this Notice of Failure to Comply with Order was mailed to the Debtor and Debtor's counsel on or before November 23, 2009, at 5:00 P.M. by placing same in the United States mail box at 65 E. Wacker Place, Chicago, Illinois 60601 with proper postage prepaid.

    /s/Susan J. Notarius  
    Susan J. Notarius

Kluever & Platt LLC.  
65 E. Wacker Place, Ste. 2300  
Chicago, Illinois 60601  
(312) 236-0077

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**  
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# MFR Post-Petition Payment History for Filing



| | Preparation Date: | 10/31/09 |
|---|---|---|
| | Prepared by: | Amelia Stanger |

**Loan Information:**

| Loan Number | X X X X X X 4561 |
|---|---|
| Debtors Name - 1 | ERIC HALL |
| Debtors Name - 2 | PATRICIA HALL |
| Property Address | 2849 W 84TH PL |
| Property State | IL |

**Bankruptcy Information:**

| Bankruptcy Case # | 05-64072 |
|---|---|
| Filing Date: | 12/20/2005 |
| Person filing: | 0 |
| Number of previous filings: | 4 |

**Post petition due**

| Post petition due date: | 04/01/08 | |
|---|---|---|
| Post petition $$$ due: | $23,799.53 | **Comments** |
| Post petition insurance: | $0.00 | Post-petition taxes and insurance included in annual |
| Post petition taxes: | $3,301.86 | escrow analysis and added to monthly payments |
| | | |
| Total Post petition due | **$27,101.39** | |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| 02/16/06 | 01/01/06 | $1,256.61 | $1,257.00 | |
| 03/13/06 | | | $1,257.00 | |
| 06/26/06 | 02/01/06 | $1,312.37 | $1,340.00 | |
| 07/07/06 | 03/01/06 | $1,312.37 | $1,340.00 | |
| | 04/01/06 | $1,312.37 | | |
| 07/24/06 | | | $1,256.00 | |
| 09/14/06 | 05/01/06 | $1,312.37 | $1,340.00 | |
| 11/06/06 | 06/01/06 | $1,226.48 | $1,340.00 | |
| | 07/01/06 | $1,226.48 | | |
| 01/03/07 | 08/01/06 | $1,226.48 | $1,340.00 | |
| 01/25/07 | 09/01/06 | $1,226.48 | $1,340.00 | |
| 02/12/07 | 10/01/06 | $1,226.48 | $1,340.00 | |
| 03/06/07 | 11/01/06 | $1,142.65 | $1,340.00 | |
| 04/20/07 | 12/01/06 | $1,142.65 | $1,340.00 | |
| 06/07/07 | 01/01/07 | $1,142.65 | $1,350.00 | |
| 01/25/08 | 02/01/07 | $1,061.21 | $1,350.00 | |
| | 03/01/07 | $1,061.21 | | |
| 03/03/08 | 04/01/07 | $1,061.21 | $1,350.00 | |
| 03/25/08 | 05/01/07 | $1,021.57 | $2,041.53 | |
| | 06/01/07 | $1,021.57 | | |
| 06/26/08 | 07/01/07 | $1,021.57 | $1,260.00 | |
| 09/25/08 | 08/01/07 | $1,021.57 | $1,260.00 | |
| | 09/01/07 | $1,021.57 | | |
| 12/08/08 | 10/01/07 | $1,021.57 | $1,404.00 | |
| 02/10/09 | 11/01/07 | $1,021.57 | $1,530.00 | |
| 03/11/09 | 12/01/07 | $1,021.57 | $1,530.00 | |
| | 01/01/08 | $1,336.95 | | |
| 06/25/09 | 02/01/08 | $1,336.95 | $1,312.00 | |
| 08/28/09 | 03/01/08 | $1,336.95 | $1,350.00 | |
| due | 04/01/08 | $1,336.95 | $0.00 | |
| due | 05/01/08 | $1,336.95 | $0.00 | |
| due | 06/01/08 | $1,259.98 | $0.00 | |
| due | 07/01/08 | $1,259.98 | $0.00 | |
| due | 08/01/08 | $1,259.98 | $0.00 | |
| due | 09/01/08 | $1,259.98 | $0.00 | |
| due | 10/01/08 | $1,259.98 | $0.00 | |
| due | 11/01/08 | $1,259.98 | $0.00 | |
| due | 12/01/08 | $1,241.20 | $0.00 | |
| due | 01/01/09 | $1,241.20 | $0.00 | |
| due | 02/01/09 | $1,241.20 | $0.00 | |
| due | 03/01/09 | $1,241.20 | $0.00 | |
| due | 04/01/09 | $1,241.20 | $0.00 | |
| due | 05/01/09 | $1,241.20 | $0.00 | |
| due | 06/01/09 | $1,168.05 | $0.00 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| | | | |
|---|---|---|---|
| due | 07/01/09 | $1,168.05 | $0.00 |
| due | 08/01/09 | $1,168.05 | $0.00 |
| due | 09/01/09 | $1,168.05 | $0.00 |
| due | 10/01/09 | $1,446.35 | $0.00 |
| | | | |

| | | | |
|---|---|---|---|
| Total Due | | $55,233.01 | |
| Total Received | | | $31,567.53 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.