**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13   No.   05-64072 |
| Eric and Patricia Hall | Judge     Pamela S. Hollis |
| Debtor(s) | Date of Notice December 8, 2009 |

**NOTICE OF FILING**

**ADVICE OF TERMINATION OF STAY**

To:
| Eric and Patricia Hall | Marilyn O Marshall | Forrest L. Ingram |
|---|---|---|
| 2849 West 84th Place | 224 South Michigan | 79 W. Monroe Street |
| Chicago, IL  60652 | Suite 800 | Suite 1210 |
| | Chicago, IL 60604 | Chicago, IL 60603 |

PLEASE TAKE NOTICE that as a result of the Debtor(s) failure to cure after notice was issued pursuant to the terms of the Agreed Default Order entered 1/19/2006, the stay is modified as to Select Portfolio Servicing, Inc. with regard to the property commonly known as 2849 West 84th Place, Chicago, IL 60652 and the claim of Select Portfolio Servicing, Inc. is hereby withdrawn.

**Certificate of Service**

The undersigned certifies that this Notice of Failure to Comply with Order/Termination of Stay was mailed to the Debtor by placing same in the United States mail box at 65 E. Wacker Place, Chicago, Illinois 60601 with proper postage prepaid and served on Debtor's counsel and the Trustee through the Court's ECF system on or before December 8, 2009, at 5:00 P.M..

/s/Susan J. Notarius
Susan J. Notarius

Kluever & Platt LLC.
65 E. Wacker Place, Ste. 2300
Chicago, Illinois 60601
(312) 236-0077

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**